IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES LEWIS, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) No. 3:18-cv-2306-N (BT) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

## **ORDER**

The Court entered Findings, Conclusions and a Recommendation that this petition be dismissed for failure to exhaust administrative remedies. (ECF No. 19.) Petitioner filed objections arguing he presented his current time-credit claims to BOP, and the claims were denied. The Court therefore VACATES its Findings, Conclusions and Recommendation.

SO ORDERED.

SIGNED May 3, 2019.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE