IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAMES LEWIS, )
    Petitioner, )
)
v. ) No. 3:18-cv-2306-N (BT)
)
UNITED STATES OF AMERICA, )
    Respondent. )

## **ORDER**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 28th day of June, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE